**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 WEST MADISON STREET, SUITE 1400
CHICAGO, IL 60602

GLORIA KUI MELWANI
DIRECT DIAL: 212-545-4600
FACSIMILE: 212-686-0114
melwani@whafh.com

January 19, 2018

VIA ECF
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
25 Cadman Plaza East
Brooklyn New York 11201

       Re:   *Stein v. Acuity Brands Inc.*, *1:17-cv-06945-NGG-RER*

Dear Judge Garaufis:

    We represent Shiva Stein, plaintiff in the above-entitled case ("Plaintiff"). On December 15, 2017, Plaintiff moved for an award of Attorneys' Fees and Expenses ("Motion"). It has been fully briefed. Pursuant to this Court's Individual Motion Practices and Rules, enclosed please find courtesy copies of:

1. Plaintiff's Motion For An Award of Attorneys' Fees and Expenses
   a. Memorandum of Law In Support of Plaintiff's Motion.
   b. Declaration of Gloria Kui Melwani with Exhibits A-F attached.

2. Defendant's Response In Opposition To Plaintiff's Motion For An Award of Attorneys' Fees and Expenses
   a. Declaration of Israel Dahan with Exhibits A-I attached.

3. Plaintiff's Reply Memorandum In Support of An Award of Attorneys' Fees and Expenses
   a. Declaration of Gloria Kui Melwani with Exhibit A attached.
   b. Proposed Order.

    Plaintiffs respectfully request oral argument on the subject motion pursuant to Rule II.D. of Your Honor's Individual Practices.

Encl.
                                            Sincerely yours,

                                            Gloria Kui Melwani



WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

December 13, 2017
Page 2

cc:   Hon. Ramon E. Reyes, Jr. (via FedEx) (w/o encl.)
      Michael Smith (via e-mail) (w/o encl.)
      Israel Dahan (via e-mail) (w/o encl.)
      Benjamin Lee (via e-mail) (w/o encl.)