**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| ACUITY BRANDS INC., | : <br> : |
| Defendant. | : <br> : |

C.A. No. 1:17-cv-06945-NGG-RER

### DECLARATION OF GLORIA KUI MELWANI IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

I, Gloria Kui Melwani, being first duly sworn, state under penalty of perjury that:

1. I am an attorney at Wolf Haldenstein Adler Freeman & Herz, LLP ("Wolf Haldenstein"), counsel for plaintiff in the above-captioned action. The testimony provided herein is based on my own personal knowledge, information, and belief and if called upon, I could and would competently testify thereto.

2. Pursuant to the Court's Order dated February 2, 2018, I submit this Declaration in further support of Plaintiff's Motion for Attorneys' Fees and Expenses.

3. The total number of hours spent on the litigation by Wolf Haldenstein is 86.60. The total lodestar amount is $46,028.50. The time was spent on researching of applicable laws, reviewing publicly available documents, drafting the complaint and brief in support of plaintiff's motion for a preliminary injunction, and preparing for the fee application. *See Gagne v. Maher*, 594 F.2d 336, 344 (2d Cir. 1979) ("time reasonably spent by plaintiff's attorneys in establishing their fee would be compensable."). The hourly rates shown below are the usual and customary rates used for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Daniel W. Krasner | (P) | 6.00 | $965.00 | $5,790.00 |
| Benjamin Y. Kaufman | (P) | 6.30 | $815.00 | $5,134.50 |
| Gloria Kui Melwani | (C) | 71.80 | $465; $500 (after 1/1/2018) | $34,304.00 |
| James A. Cirigliano | (PL) | 2.50 | $320.00 | $800.00 |
| **TOTAL:** | | **86.60** | | **$46,028.50** |

(P) Partner

(C) Of Counsel

(PL) Paralegal

4. In addition, Wolf Haldenstein incurred a total of $766.64 in unreimbursed expenses in connection with the action. The expenses incurred are reflected in the books and records of the Wolf Haldenstein firm. These books and records are prepared from expense vouchers and check records and are an accurate record of the expenses incurred.

From Inception to February 5, 2018

| CATEGORY | TOTAL |
|---|---|
| Copying and Printing | $35.50 |
| Online Legal Research | $90.14 |
| Court Filing Fee | $400.00 |
| Service of Process | $241.00 |
| **TOTAL** | **$766.64** |

5. Attached as Exhibit A is a true and correct copy of the contemporaneous time records of all work done in this litigation.

6. Attached as Exhibit B is a true and correct copy of receipts of costs incurred in this litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

2

Executed this 5th day of January, 2018 at New York, New York.

>/s *Gloria Kui Melwani*
>Gloria Kui Melwani