# EXHIBIT A

| Client | Trans Date | Tmkr | H P | Check Number | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|

**Client ID 83006.012 Stein/Shiva**

| Client | Trans Date | Tmkr | H/P | Check Number | Tcode/Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| 83006.012 | 01/18/2018 | DWK | P | | 499 | 965.00 | 3.20 | 3,088.00 | Worked on Reply Brief re fees; conf BYK; tel conf GM; tel conf Arnold Gershon re brief. | 24 |
| 83006.012 | 01/19/2018 | DWK | P | | 499 | 965.00 | 2.50 | 2,412.50 | Finalized Reply Brief; confs BYK and GM re Reply Brief issues. | 25 |
| 83006.012 | 01/22/2018 | DWK | P | | 499 | 965.00 | 0.30 | 289.50 | Read final brief; emails re oral argument. | 26 |
| | **Subtotal for Timekeeper DWK** | | | | | Billable | 6.00 | 5,790.00 | Daniel W. Krasner | |
| 83006.012 | 01/13/2018 | BYK | P | | 10 | 815.00 | 0.50 | 407.50 | review opposition to motion for attorney's fees; emails GKM | 14 |
| 83006.012 | 01/17/2018 | BYK | P | | 10 | 815.00 | 2.20 | 1,793.00 | edits to fee brief and emails w/GKM re: fee brief and application; research re: fee applications; review Delaware case law and forward to GKM | 15 |
| 83006.012 | 01/18/2018 | BYK | P | | 10 | 815.00 | 3.20 | 2,608.00 | o/c w/DK and GMN re: fee application and attack on firm; review and extensive edits to fee brief including DK edits/comments; t/c GKM re: briefing and strategy in responding to fee opposition | 16 |
| 83006.012 | 01/19/2018 | BYK | P | | 10 | 815.00 | 0.40 | 326.00 | final edits to fee brief reply to opposition. | 17 |
| | **Subtotal for Timekeeper BYK** | | | | | Billable | 6.30 | 5,134.50 | Benjamin Y. Kaufman | |
| 83006.012 | 11/28/2017 | GKM | P | | 10 | 465.00 | 3.50 | 1,627.50 | review SEC filings; draft complaint and order to show cause | 1 |
| 83006.012 | 11/29/2017 | GKM | P | | 10 | 465.00 | 2.00 | 930.00 | research; draft motion; prepare for filing. | 2 |
| 83006.012 | 11/30/2017 | GKM | P | | 10 | 465.00 | 2.20 | 1,023.00 | correspondence with defense counsel; review filings. | 3 |
| 83006.012 | 12/11/2017 | GKM | P | | 10 | 465.00 | 2.70 | 1,255.50 | research for amended complaint; review SEC filings. | 4 |
| 83006.012 | 12/12/2017 | GKM | P | | 10 | 465.00 | 3.50 | 1,627.50 | draft fee motion. | 5 |
| 83006.012 | 12/13/2017 | GKM | P | | 10 | 465.00 | 6.20 | 2,883.00 | draft fee motion. | 6 |
| 83006.012 | 12/14/2017 | GKM | P | | 10 | 465.00 | 2.00 | 930.00 | draft fee motion and supporting papers. | 7 |
| 83006.012 | 12/05/2017 | GKM | P | | 10 | 465.00 | 2.00 | 930.00 | research re mootness fees. | 8 |
| 83006.012 | 12/06/2017 | GKM | P | | 10 | 465.00 | 3.50 | 1,627.50 | research and correspondence with defense counsel ; draft and file letter to the court | 9 |
| 83006.012 | 12/12/2017 | GKM | P | | 10 | 465.00 | 5.50 | 2,557.50 | research and draft mootness fee brief; review court rules and judge's individual practices; emails with defense counsel | 10 |
| 83006.012 | 12/13/2017 | GKM | P | | 10 | 465.00 | 5.00 | 2,325.00 | draft fee brief; research; draft letter requesting briefing schedule; correspondence with defense counsel | 11 |
| 83006.012 | 12/14/2017 | GKM | P | | 10 | 465.00 | 3.50 | 1,627.50 | draft fee brief; research. | 12 |
| 83006.012 | 12/15/2017 | GKM | P | | 10 | 465.00 | 4.00 | 1,860.00 | draft fee brief; research. | 13 |
| 83006.012 | 01/12/2018 | GKM | P | | 10 | 500.00 | 2.50 | 1,250.00 | review Defendants' brief and declaration with exhibits | 19 |
| 83006.012 | 01/16/2018 | GKM | P | | 10 | 500.00 | 7.00 | 3,500.00 | review defendants' opposition papers and research caselaw re: attorneys fees and proxy claims; t.c. and correspondence with Arnold Gershon | 20 |
| 83006.012 | 01/17/2018 | GKM | P | | 10 | 500.00 | 6.20 | 3,100.00 | review defendants' opposition papers and research caselaw re: attorneys fees and proxy claims; t.c. and correspondence with Arnold Gershon | 21 |
| 83006.012 | 01/18/2018 | GKM | P | | 10 | 500.00 | 5.00 | 2,500.00 | review defendants' opposition papers and research caselaw re: attorneys fees and proxy claims; t.c. and correspondence with Arnold Gershon | 22 |
| 83006.012 | 01/19/2018 | GKM | P | | 10 | 500.00 | 5.50 | 2,750.00 | draft and finalize reply brief in support of attorneys fees | 23 |
| | **Subtotal for Timekeeper GKM** | | | | | Billable | 71.80 | 34,304.00 | Gloria K Melwani | |
| 83006.012 | 01/19/2018 | JAC | P | | 499 | 320.00 | 2.50 | 800.00 | Prep docs for GKM; conf with GC, JEG | 18 |
| | **Subtotal for Timekeeper JAC** | | | | | Billable | 2.50 | 800.00 | James A. Cirigliano | |
| | **Subtotal for Fees** | | | | | Billable | 86.60 | 46,028.50 | | |
| 83006.012 | 01/17/2018 | GMN | P | | 602 | | | 90.14 | Lexis -Relx Inc.DBA LexisNexis -Dec.2017 -Inv.#3091255686 | 1 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 3.00 | Reproduction/Duplication | 2 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 0.50 | Reproduction/Duplication | 3 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 8.25 | Reproduction/Duplication | 4 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 0.50 | Reproduction/Duplication | 5 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 0.25 | Reproduction/Duplication | 6 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 7.50 | Reproduction/Duplication | 7 |

| Client | Trans Date | Tmkr | H P | Check Number | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client ID 83006.012 Stein/Shiva** | | | | | | | | | | |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 3.25 | Reproduction/Duplication | 8 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 3.25 | Reproduction/Duplication | 9 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 0.25 | Reproduction/Duplication | 10 |
| 83006.012 | 01/18/2018 | GMN | P | | 611 | 0.250 | | 0.75 | Reproduction/Duplication | 11 |
| 83006.012 | 01/19/2018 | GMN | P | | 611 | 0.250 | | 0.25 | Reproduction/Duplication | 12 |
| 83006.012 | 01/19/2018 | GMN | P | | 611 | 0.250 | | 3.75 | Reproduction/Duplication | 13 |
| 83006.012 | 01/19/2018 | GMN | P | | 611 | 0.250 | | 0.25 | Reproduction/Duplication | 14 |
| 83006.012 | 01/19/2018 | GMN | P | | 611 | 0.250 | | 3.75 | Reproduction/Duplication | 15 |
| 83006.012 | 11/29/2017 | GMN | P | | 637 | | | 400.00 | Filing Fees -Cardmember Service -Inv.# 01172018 DT 01/17/18 **(Complaint & Index Number-EDNY)** | 16 |
| 83006.012 | 02/02/2018 | GMN | P | | 630 | | | 241.00 | Service of Process -Class Action Research & Lit. Support Ser.,Inv.-Inv.# glmel.172908 DT 12/08/17 | 17 |
| | | **Subtotal for Timekeeper GMN** | | | | Billable | 0.00 | 766.64 | Gregory M.Nespole | |
| | | **Subtotal for Expenses** | | | | Billable | 0.00 | 766.64 | | |
| **Total for Client ID 83006.012** | | | | | | Billable | 86.60 | 46,795.14 | Stein/Shiva Acuity Brands Proxy Litigation | |

**GRAND TOTALS**

| | | | | | | | Billable | 86.60 | 46,795.14 | |