UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : |
| v. | : No. 1:17-cv-06945-NGG-RER |
| ACUITY BRANDS INC. | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
       February 21, 2018

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By: /s Gloria Kui Melwani
    Gloria Kui Melwani
    270 Madison Avenue, 10th Floor
    New York, New York 10016
    Telephone: (212) 545-4600
    Facsimile: (212) 686-0114

*Attorneys for Plaintiff Shiva Stein*