UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| SHIVA STEIN, | : | |
| Plaintiff, | : | |
| v. | : | No. 1:17-cv-06945-NGG-RER |
| ACUITY BRANDS INC. | : | |
| Defendant. | : | |

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(i).


Dated:   New York, New York
        February 21, 2018

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: /s Gloria Kui Melwani
    Gloria Kui Melwani
    270 Madison Avenue, 10th Floor
    New York, New York 10016
    Telephone: (212) 545-4600
    Facsimile: (212) 686-0114

*Attorneys for Plaintiff Shiva Stein*


So ordered;

s/Nicholas G. Garaufis

2/22/18